The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ZONES, INC., a Washington corporation, Plaintiff, v. TOM LUTZ and ADAM SCHUTSKA, Defendants. | NO. 2:17-cv-01349-JLR **STIPULATION AND (~~PROPOSED~~) ORDER OF DISMISSAL WITHOUT PREJUDICE** **(CLERK'S ACTION REQUIRED)** |
|---|---|

## STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by all parties through their counsel of record that all claims between them are dismissed *without prejudice*, and that each party shall bear its own fees and costs.

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

DATED this 22nd day of December, 2017.

FOX ROTHSCHILD LLP

s/ W. Ward Morrison, Jr.
Laurence A. Shapero, WSBA #31301
W. Ward Morrison, Jr., WSBA #18999

*Attorneys for Plaintiff*

CABLE, LANGENBACH, KINERK & BAUER, LLP

s/ Lawrence R. Cock
Lawrence R. Cock, WSBA #20326
Jack M. Lovejoy, WSBA #36962

NILAN JOHNSON LEWIS PA

s/ Katie M. Connolly
Katie M. Connolly, *Pro Hac Vice*

*Attorneys for Defendants*

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**(~~PROPOSED~~) ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims asserted by plaintiff Zones, Inc. against defendants Tom Lutz and Adam Schutska in this action be and hereby are voluntarily dismissed *without prejudice* pursuant to FRCP 41(a)(1)(A)(ii). The parties shall bear their own costs and attorneys' fees.

DATED this 26th day of December, 2017.

The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

Presented by:

FOX ROTHSCHILD LLP

By *_/s/ W. Ward Morrison, Jr._*
Laurence A. Shapero, WSBA #31301
W. Ward Morrison, Jr., WSBA #18999

*Attorneys for Plaintiff Zones, Inc.*

CABLE, LAGENBACH, KINERK & BAUER, LLP

By *_/s/ Lawrence R. Cock_*
Lawrence R. Cock, WSBA #20326
Jack M. Lovejoy, WSBA #36962

NILAN JOHNSON LEWIS PA

By *_/s/ Katie M. Connolly_*
Katie M. Connolly, *Admitted Pro Hac Vice*

*Attorneys for Defendants Tom Lutz and Adam Schutska*

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Katie M. Connolly, *pro hac vice*
Nilan Johnson Lewis PA
120 South Sixth Street, Suite 400
Minneapolis, MN 55402
Phone: 612-305-7546
Email: kconnolly@nilanjohnson.com
bderemer@nilanjohnson.com

Lawrence R. Cock, WSBA #20326
Jack M. Lovejoy, WSBA #36962
Cable, Langenbach, Kinerk & Bauer, LLP
1000 Second Avenue Building, Suite 3500
Seattle, WA 98104-1048
Phone: (206) 292-8800
Fax: (206) 292-0494
Email: lrc@cablelang.com
jlovejoy@cablelang.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 22, 2017, in accordance with 28 USC 1746.

Melinda R. Sullivan
Melinda Sullivan